UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RICHARD A. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-43-CLC-SKL |
| | ) | |
| REV. ROBERT JON GREEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a motion to substitute counsel [Doc. 95] filed by Attorneys B. Hart Knight and H. Rowan Leathers III, seeking to be substituted in place of Attorney Efren Anthony Compean, who is currently counsel of record for Defendant David L. Ruhling. Attorney Knight represents that Attorney Compean was Defendant Ruhling's counsel when the case was pending before the United States District Court for the Central District of California, and further represents that Attorney Compean is not admitted to practice before this Court. Attorneys Knight and Leathers are admitted to practice in this District, and therefore Defendant seeks their substitution in place of his former attorney.

Accordingly, the motion to substitute counsel [Doc. 95] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Compean as counsel of record and to add Attorneys Knight and Leathers as counsel of record for Defendant Ruhling.

SO ORDERED.

ENTER:

s/ *Susan K. Lee* _____
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE