UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RICHARD A. GREEN, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 1:14-cv-43-CLC-SKL |
| | ) | |
| REV. ROBERT JON GREEN, *et al.*, | ) | |
| | ) | |
|     *Defendants*. | ) | |

# **O R D E R**

Before the Court is a motion to withdraw as counsel [Doc. 111]. Attorney Rinat Klier-Erlich with the law firm Manning & Kass, Ellrod, Ramirez, Trester, LLP seeks to withdraw as counsel of record for Defendants Chambliss, Bahner, & Stophel, P.C., Alix C. Michel, William C. Carriger, Wayne E. Thomas, T. Maxfield Bahner, and Lisa K. Molhusen (hereafter "Defendants") and requests that the Court confirm Attorneys Arthur P. Brock and Leslie T. Foster of Spears, Moore, Rebman & Williams, and Tom Greenholtz and William Hannah of Chambliss, Bahner, & Stophel, PC as counsel of record for the Defendant referenced above [Doc. 111].

Accordingly, the motion to withdraw [Doc. 111] is **GRANTED**. Therefore, the motion to deem motion for admission pro hac vice moot [Doc. 112] is **DENIED AS MOOT**. The Clerk is **DIRECTED** to terminate Rinat Klier-Erlich with the law firm Manning & Kass, Ellrod, Ramirez, Trester, LLP as counsel of record for Defendants Chambliss, Bahner, & Stophel, P.C., Alix C. Michel; William C. Carriger, Wayne E. Thomas, T. Maxfield Bahner, and Lisa K. Molhusen.

Further, the Show Cause hearing as to Attorney Rinat Klier-Erlich scheduled for **April 24, 2014 at 9:30 a.m. [EASTERN]** is hereby **CANCELLED**.

        SO ORDERED.

        ENTER:

                                                 s/ *Susan K. Lee*
                                                 SUSAN K. LEE
                                               UNITED STATES MAGISTRATE JUDGE