UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RICHARD A. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-cv-43-CLC-SKL |
| | ) | |
| REV. ROBERT JON GREEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a motion to withdraw Attorney J. Andrew Wright as counsel of record [Doc. 122] made by Defendant W. Roger Fitch, who seeks to substitute Attorney W. Paul Whitt as his counsel of record. Defendant Fitch's motion complies with all requirements for withdrawal under E.D. Tenn. L.R. 83.4(f).

Accordingly, the motion to withdraw [Doc. 122] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Wright as counsel of record and to substitute Attorney Whitt in his place as counsel of record for Defendant Fitch.

SO ORDERED.

ENTER:

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE